FILED
2022 Jan-27  AM 09:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| LAURIE A. MAXEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:21-cv-00494-CLM-HNJ |
| WARDEN CHAD GARRETT, | ) |
| Respondent. | ) |

## FINAL ORDER

Consistent with the accompanying Memorandum Opinion, the court **DENIES** Petitioner Laurie A. Maxey's petition for a writ of habeas corpus and **DIMISSES** her claims **WITHOUT PREJUDICE**.

Costs taxed as paid.

**DONE** and **ORDERED** on January 27, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE